**Dismiss and Opinion Filed December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01544-CV

**AMERISOUTH V, L.P., Appellant**

**V.**

**WELLS FARGO BANK N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2001-CK1; CW CAPITAL ASSET MANAGEMENT, LLC; AND WYATT MAXWELL, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-06408**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice FitzGerald

The Court has before it appellant's December 29, 2010 unopposed motion to dismiss the appeal. Because the motion indicated that appellant had filed a bankruptcy proceeding, no action was taken on it at that time. The appeal was abated due to the bankruptcy proceeding. On September 5, 2013, appellees filed a letter stating the bankruptcy proceeding was closed following the confirmation of an Amended Plan of Reorganization as Modified for AmeriSouth. In the letter, appellees stated it was their position the appeal is moot. Appellant did not respond to appellees' letter. The Court reinstated the appeal and notified the parties that it would dispose of the December 29, 2010 motion to dismiss the appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2.

101544F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

AMERISOUTH V, L.P., Appellant

No. 05-10-01544-CV     V.

WELLS FARGO BANK N.A., AS
TRUSTEE FOR THE REGISTERED
HOLDERS OF CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITIES
CORP., COMMERCIAL MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2001-CK1; CW CPAITAL ASSET
MANAGEMENT, LLC; AND WYATT
MAXWELL Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 10-06408.
Opinion delivered by Justice FitzGerald,
Justices Lang and Fillmore participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of the appeal.

Judgment entered December 4, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–3–